**UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION**

MATTHEW PAUL BERTONI,

       Plaintiff,

v.                                  Case No. Case No.: 06-10215

TERRANCE CAMPION,

       Defendant.

**ORDER DENYING PLAINTIFF'S "MOTION IN LIMINE TO PRECLUDE ADMISSION OF PLAINTIFF'S MEDICAL RECORDS DISCUSSING PLAINTIFF'S THOUGHTS, DISCUSSIONS, OR FANTASIES REGARDING DISARMING POLICE OFFICERS"**

Before the court is Plaintiff's Motion in Limine, filed July 17, 2008. The Local Rules of this district require any movant to first seek concurrence and, if not obtained, to report the details to the court. E.D. Mich. LR 7.1(a). Concurrence results in a stipulation; concurrence unreasonably withheld can result in sanctions. Plaintiff states no efforts of any kind to seek concurrence.

IT IS ORDERED that Plaintiff's Motion for in Limine [Dkt. # 38] is DENIED without prejudice.

                                                s/Robert H. Cleland
                                                ROBERT H. CLELAND
                                                UNITED STATES DISTRICT JUDGE

Dated: July 22, 2008

I hereby certify that a copy of the foregoing document was mailed to counsel of record on this date, July 22, 2008, by electronic and/or ordinary mail.

                                                s/Lisa G. Wagner
                                                Case Manager and Deputy Clerk
                                                (313) 234-5522